JS 44C/SDNY
REV. 05/28/2024

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)       ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time?  No [ ]  Yes [ ]  _____
*(If yes, Judge Previously Assigned)*

If yes, was this case  Vol. [ ]   Invol. [ ]   Dismissed.  No [ ]   Yes [ ]   If yes, give date _____ & Case No. _____

Is this an international arbitration case?       No [ ]       Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                           **NATURE OF SUIT**

**TORTS**                                                                               **ACTIONS UNDER STATUTES**

**CONTRACT**                **PERSONAL INJURY**        **PERSONAL INJURY/**          **FORFEITURE/PENALTY**     **BANKRUPTCY**                  **OTHER STATUTES**

[ ] 110  INSURANCE          [ ] 310 AIRPLANE           [ ] 367 HEALTHCARE/           [ ] 625 DRUG RELATED       [ ] 422 APPEAL                  [ ] 375 FALSE CLAIMS
[ ] 120  MARINE             [ ] 315 AIRPLANE PRODUCT       PHARMACEUTICAL PERSONAL       SEIZURE OF PROPERTY        28 USC 158                   [ ] 376 QUI TAM
[ ] 130  MILLER ACT                 LIABILITY              INJURY/PRODUCT LIABILITY      21 USC 881             [ ] 423 WITHDRAWAL              [ ] 400 STATE
[ ] 140  NEGOTIABLE         [ ] 320 ASSAULT, LIBEL &   [ ] 365 PERSONAL INJURY       [ ] 690 OTHER                  28 USC 157                        REAPPORTIONMENT
         INSTRUMENT                 SLANDER                PRODUCT LIABILITY                                                                    [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF        [ ] 330 FEDERAL            [ ] 368 ASBESTOS PERSONAL                                **PROPERTY RIGHTS**             [ ] 430 BANKS & BANKING
         OVERPAYMENT &              EMPLOYERS'                INJURY PRODUCT                                                                    [ ] 450 COMMERCE
         ENFORCEMENT                LIABILITY                 LIABILITY                                         [ ] 820 COPYRIGHTS  [ ] 880 DEFEND TRADE SECRETS ACT  [ ] 460 DEPORTATION
         OF JUDGMENT        [ ] 340 MARINE             **PERSONAL PROPERTY**                                    [ ] 830 PATENT                  [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT       [ ] 345 MARINE PRODUCT                                                              [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION    ENCED & CORRUPT
[ ] 152  RECOVERY OF                LIABILITY          [ ] 370 OTHER FRAUD                                      [ ] 840 TRADEMARK                    ORGANIZATION ACT
         DEFAULTED          [ ] 350 MOTOR VEHICLE      [ ] 371 TRUTH IN LENDING                                                                      (RICO)
         STUDENT LOANS      [ ] 355 MOTOR VEHICLE                                                               **SOCIAL SECURITY**             [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)            PRODUCT LIABILITY                                                                                           [ ] 485 TELEPHONE CONSUMER
[ ] 153  RECOVERY OF        [ ] 360 OTHER PERSONAL     [ ] 380 OTHER PERSONAL        **LABOR**                  [ ] 861 HIA (1395ff)                  PROTECTION ACT
         OVERPAYMENT                INJURY                 PROPERTY DAMAGE                                      [ ] 862 BLACK LUNG (923)
         OF VETERAN'S       [ ] 362 PERSONAL INJURY -  [ ] 385 PROPERTY DAMAGE       [ ] 710 FAIR LABOR         [ ] 863 DIWC/DIWW (405(g))      [ ] 490 CABLE/SATELLITE TV
         BENEFITS                   MED MALPRACTICE        PRODUCT LIABILITY             STANDARDS ACT          [ ] 864 SSID TITLE XVI          [ ] 850 SECURITIES/
[ ] 160  STOCKHOLDERS                                                                [ ] 720 LABOR/MGMT         [ ] 865 RSI (405(g))                  COMMODITIES/
         SUITS                                         **PRISONER PETITIONS**           RELATIONS                                                     EXCHANGE
[ ] 190  OTHER                                         [ ] 463 ALIEN DETAINEE       [ ] 740 RAILWAY LABOR ACT   **FEDERAL TAX SUITS**           [ ] 890 OTHER STATUTORY
         CONTRACT                                      [ ] 510 MOTIONS TO           [ ] 751 FAMILY MEDICAL                                            ACTIONS
[ ] 195  CONTRACT           **ACTIONS UNDER STATUTES**     VACATE SENTENCE              LEAVE ACT (FMLA)        [ ] 870 TAXES (U.S. Plaintiff or [ ] 891 AGRICULTURAL ACTS
         PRODUCT                                           28 USC 2255                                              Defendant)
         LIABILITY          **CIVIL RIGHTS**           [ ] 530 HABEAS CORPUS         [ ] 790 OTHER LABOR        [ ] 871 IRS-THIRD PARTY         [ ] 893 ENVIRONMENTAL
[ ] 196  FRANCHISE                                     [ ] 535 DEATH PENALTY             LITIGATION                 26 USC 7609                       MATTERS
                            [ ] 440  OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER     [ ] 791 EMPL RET INC                                       [ ] 895 FREEDOM OF
                                 (Non-Prisoner)                                          SECURITY ACT (ERISA)                                         INFORMATION ACT
**REAL PROPERTY**           [ ] 441 VOTING                                                                                                      [ ] 896 ARBITRATION
                            [ ] 442 EMPLOYMENT                                       **IMMIGRATION**                                            [ ] 899 ADMINISTRATIVE
[ ] 210  LAND               [ ] 443 HOUSING/           **PRISONER CIVIL RIGHTS**                                                                      PROCEDURE ACT/REVIEW OR
         CONDEMNATION               ACCOMMODATIONS                                   [ ] 462 NATURALIZATION                                           APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE        [ ] 445 AMERICANS WITH     [ ] 550 CIVIL RIGHTS              APPLICATION
[ ] 230  RENT LEASE &               DISABILITIES -     [ ] 555 PRISON CONDITION      [ ] 465 OTHER IMMIGRATION                                  [ ] 950 CONSTITUTIONALITY OF
         EJECTMENT                  EMPLOYMENT         [ ] 560 CIVIL DETAINEE            ACTIONS                                                      STATE STATUTES
[ ] 240  TORTS TO LAND      [ ] 446  AMERICANS WITH        CONDITIONS OF CONFINEMENT
[ ] 245  TORT PRODUCT               DISABILITIES -OTHER
         LIABILITY          [ ] 448 EDUCATION
[ ] 290  ALL OTHER
         REAL PROPERTY

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A **CLASS ACTION**        DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
    UNDER F.R.C.P. 23                          AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                               IF SO, STATE:

DEMAND $_____  OTHER _____   JUDGE _____  DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND:   YES [ ]   NO [ ]          NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
   ☐ a. all parties represented
   ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION**    *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

1 U.S. PLAINTIFF    2 U.S. DEFENDANT    3 FEDERAL QUESTION    4 DIVERSITY
(U.S. NOT A PARTY)

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)



DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)



DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:



### COURTHOUSE ASSIGNMENT

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    ☐ WHITE PLAINS    ☐ MANHATTAN

DATE _____ SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT #    Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)