UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOMERS LAND TRUST, INC. and RIVERKEEPER, INC.<br><br>Plaintiffs,<br><br>v.<br><br>WILLOW WOOD COUNTRY CLUB<br><br>Defendant. | Case No: |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Plaintiffs Somers Land Trust, Inc. and Riverkeeper, Inc. (both private, non-governmental parties) certify that neither of these Plaintiffs has a corporate parent and no publicly held corporation owns 10% or more of any of them.

Dated: November 26, 2025

Respectfully submitted,

/s/ Todd D. Ommen
Todd D. Ommen (TO-1340)
Pace Environmental Litigation Clinic
Elisabeth Haub School of Law
78 N. Broadway
White Plains, NY 10603

*Counsel for Plaintiffs*

1