IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>SOMERS LAND TRUST, INC. and RIVERKEEPER, INC.<br>**Defendant / Respondent:**<br>WILLOW WOOD COUNTRY CLUB | **Index No:**<br>7:25-cv-09879-NSR<br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK
COUNTY OF WESTCHESTER

I, JERMEL McCLURE, being duly sworn, deposes and says; that they are not a party herein, is over the age of 18 years, and resides in the State of New York. That on Thu, Dec 18 2025, at 10:50 AM. At the address 551 Union Road, Mahopac, NY 10541 deponent served the within: **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET**

ON: **WILLOW WOOD GUB CLUB**

[X] **Corporation:** A PRIVATE corporation, by delivering thereat a true copy of each to Lori Linehan personally, deponent knew said corporation so served to be the corporation, described in same and said recipient knew said individual to be AGENT AUTHORIZED TO ACCEPT SERVICE thereof.

[ ] **Suitable Age Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling place [ ] usual place of abode within the state

[ ] **Mailing to Residence/Business:** Within 2 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at _____, and depositing said envelope in an official depository under the exclusive care and custody of the United States Postal Service within New York State _____.

**Description:**
Age: 50-65    Ethnicity: Caucasian    Gender: Female    Weight: 125
Height: 5'4"   Hair: Blond             Eyes: Brown      Relationship:
Other

[X] **Military Service:** I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian and no military uniform. The sources of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

SWORN TO ME BEFORE THIS 26th DAY OF December 2025

_____
NOTARY PUBLIC OR COMMISSIONER OF DEEDS

_____
JERMEL McCLURE
1439616

HMZA N. MENWER
Notary Public, State of New York
Reg. No. 01ME6386951
Qualified in Nassau County
Commission Expires 02/04/2027

