UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
SOMERS LAND TRUST, INC., and
RIVERKEEPER, INC.,

                              Plaintiffs,

      -against-

WILLOW WOOD COUNTRY CLUB,

                              Defendant.
-----------------------------------------------------------------------

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**

Case No.
7:25-cv-9879

      The Defendant, WILLOW WOOD COUNTRY CLUB, INC., by and through its undersigned attorney, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns ten (10%) percent or more of its shares.

Dated: January 7, 2026

                                                      _____
                                                      GEORGE J. CALCAGNINI
                                                     Attorney for Defendant
                                                     Office and P.O. Address
                                                     376 Route 202
                                                   Somers, New York 10589
                                                   (914) 277-2255
                                                   GCalcagnin@aol.com