UNITED STATES DISTRICT COURT                               Rev. Jan.  2012
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


SOMERS LAND TRUST, INC., ET AL.

                                                **CIVIL CASE DISCOVERY PLAN**
                                   Plaintiff(s),    **AND SCHEDULING ORDER**

            - against -


WILLOW WOOD COUNTRY CLUB
                                   Defendant(s).      25-CV-9879 (NSR) x


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


        This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with
counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

   1.     All parties do not consent to conducting all further proceedings before a
          Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The
          parties are free to withhold consent without adverse substantive consequences. (If
          all parties consent, the remaining paragraphs of this form need not be completed.)

   2.     This case is to be tried to a jury.

   3.     Joinder of additional parties must be accomplished by
          MARCH 2, 2026.

   4.     Amended pleadings may be filed until MARCH 2, 2026.

   5.     Interrogatories shall be served no later than JUNE 30, 2026, and responses thereto
          shall be served within thirty (30) days thereafter.  The provisions of Local Civil
          Rule 33.3 shall apply to this case.

   6.     First request for production of documents, if any, shall be served no later than
          March 27, 2026.

   7.     Non-expert depositions shall be completed by August 28, 2026.

          a.     Unless counsel agree otherwise or the Court so orders, depositions shall not
                 be held until all parties have responded to any first requests for production
                 of documents.

          b.     Depositions shall proceed concurrently, but no depositions shall be
                 scheduled for the same date and time as another deposition.

          c.     Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8.  Any further interrogatories, including expert interrogatories, shall be served no later than <u>OCTOBER 16, 2026.</u>

9.  Requests to Admit, if any, shall be served no later than <u>OCTOBER 16, 2026</u>.

10. Expert reports shall be served no later than <u>September 30, 2026</u>.

11. Rebuttal expert reports shall be served no later than <u>OCTOBER 15, 2026</u>.

12. Expert depositions shall be completed by <u>NOVEMBER 15, 2026</u>.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY <u>NOVEMBER 15, 2026</u>.**

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. Judge Judith McCarthy.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: White Plains, New York

_____

_____
Nelson S. Román, U.S. District Judge