```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
SOMERS LAND TRUST, INC. ET AL,

                              Plaintiff(s),

- against -

WILLOW WOOD COUNTRY CLUB,

                              Defendant(s).
-------------------------------------------------------X
```

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

25 cv 9879 (NSR)

The above-entitled action is referred to the Honorable Judith C. McCarthy, United States Magistrate Judge, for the following purpose(s):

| | | | |
|---|---|---|---|
| X | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ___ | HABEAS CORPUS |
| ___ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ___ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ___ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ___ | SOCIAL SECURITY |
| ___ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ___ | SETTLEMENT |
| | | ___ | CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial) |
| | | ___ | CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF _____ |
| ___ | JURY SELECTION | | |

Dated: January 29, 2026
White Plains, New York

SO ORDERED:

_____
Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   1/29/2026

* Do not check if already referred for General Pre-Trial.

Rev. 9/10