# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SOMERS LAND TRUST, INC. *et al.*,

                Plaintiffs,           **SCHEDULING ORDER**

    -against-                                  25 Civ. 9879 (NSR)(JCM)

WILLOW WOOD COUNTRY CLUB,

                Defendant.
-------------------------------------------------------------X

The Court has scheduled a Status Conference for April 29, 2026 at 10:00 a.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421.

Dated:  January 30, 2026
        White Plains, New York

                                              **SO ORDERED:**

                                              _____
                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge