UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOMERS LAND TRUST, INC., and RIVERKEEPER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WILLOW WOOD COUNTRY CLUB, <br><br> Defendant. | **NOTICE OF APPEARANCE** <br><br> Case No. 7:25-cv-9879 |

PLEASE TAKE NOTICE that Drew Victoria Gamils hereby enters her appearance as counsel for Plaintiff Riverkeeper, Inc. in the above-referenced matter.

By: *Drew Gamils*
Drew Victoria Gamils
Senior Attorney
Riverkeeper, Inc.
20 Secor Road
Ossining, NY 10562
(914) 478-4501 x247
dgamils@riverkeeper.org

*Attorney for Plaintiff Riverkeeper, Inc.*