UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------

SOMERS LAND TRUST, INC., and
RIVERKEEPER, INC.,

                      Plaintiffs,

   -against-

WILLOW WOOD COUNTRY CLUB,

                      Defendant.
---------------------------------------------------------------------

**NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION**

Case No.
7:25-cv-9879

SIR/MADAM:

      PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the testimony, upon oral examination of the Plaintiff SOMERS LAND TRUST, INC., by an officer, agent or employee, whose address is P.O. Box 351, Deans Bridge Road, Somers, NY, will be taken by stenographic means as an adverse party before a notary public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at the law office of George J. Calcagnini, Esq., 376 Route 202, Somers, New York on the 15th day of July, 2026 at 10:00 o'clock in the forenoon of that day with respect to evidence the issues specified in the annexed Schedule A.

      That the said person to be examined is required to produce at such examination the documents listed in the Defendant's First Request For Production of Documents served herewith.

Dated:  February 13, 2026

                                     _____
                                     GEORGE J. CALCAGNINI (9139)
                                     Attorney for Defendant
                                     Office & Post Office Address
                                     376 Route 202
                                     Somers, New York 10589
                                     (914) 277-2255
                                     GCalcagnin@aol.com

TO: TODD D. OMMEN.
     Attorneys for Plaintiffs
     78 N. Broadway
     White Plains, NY  10603

DREW VICTORIA GAMILS
Attorneys for Plaintiff
RIVERKEEPER, INC.
20 Secor Road
Ossining, NY 10562

<u>Schedule A</u>

## List of Issues
## for Deposition of
## Plaintiff Somers Land Trust, Inc.

The witness to be produced on behalf of the Plaintiff SOMERS LAND TRUST, INC., (hereinafter referred to as "SLT") should be knowledgeable of and be able to answer inquires into the following subjects:

1. The allegations in the complaint herein;
2. The allegations in the answer herein;
3. The circumstances surrounding the grant of ownership of 85 Warren Street to the Plaintiff SLT.
4. Whether or not the wetlands at the Defendant's property constitutes "Waters of the United States";
5. The uses of Plaintiff SLT's property;
6. The testing of water and soil samples at 85 Warren Street;
7. The testing of water and soil samples downstream of the Plaintiff SLT's property;
8. The testing of water and soil samples at or before the entrance to Defendants' property;
9. The corporate governance documents for the Plaintiff SLT, including the certificate of incorporation, any amendments thereto and the by-laws in effect at the time of the commencement of this action;
10. The corporate governance documents for the Plaintiff RIVERKEEPER, including the certificate of incorporation, any amendments thereto and the by-laws in effect at the time of the commencement of this action;
11. The physical conditions present at 85 Warren Street; and
12. The physical conditions present at all properties downstream of 85 Warren Street until the location where the Plaintiffs allege that water enters the Muscoot Reservor.

Dated: February 13, 2026

_____
GEORGE J. CALCAGNINI (9139)
Attorney for Defendant
Office & Post Office Address
376 Route 202
Somers, New York 10589
(914) 277-2255
GCalcagnin@aol.com

- 2 -

TO: TODD D. OMEN
    PACE ENVIRONMENTAL LITIGATION CLINIC
    Attorneys for Plaintiffs
    78 N. Broadway
    White Plains, NY  10603

    DREW VICTORIA GAMILS
    Attorneys for Plaintiff
    RIVERKEEPER, INC.
    20 Secor Road
    Ossining, NY 10562