UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOMERS LAND TRUST, INC., and RIVERKEEPER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WLLOW WOOD COUNTRY CLUB, <br><br> Defendant. | Case No. 25-CV-9879 (NSR) <br><br> **ANSWER** <br><br> Honorable Nelson Stephen Roman |

### ANSWER TO DEFENDANT'S COUNTERCLAIM

Plaintiffs SOMERS LAND TRUST and RIVERKEEPER, INC.("Plaintiffs") hereby answers WILLOW WOOD COUNTRY CLUB's ("Defendant") counterclaim as follows:

**Paragraph 49**

This paragraph contains legal conclusions as to which no response is required. To the extent this paragraph includes factual claims, Plaintiffs lack knowledge or information sufficient to form a belief as to those facts, and on that basis denies them.

**Paragraph 50**

This paragraph contains legal conclusions as to which no response is required.

**Paragraph 51**

This paragraph contains legal conclusions as to which no response is required. Plaintiffs admit that the subject property and Defendant are in the Southern District of New York.

**Paragraph 52**

Plaintiffs lack knowledge or information sufficient to form a belief as to those facts, and on that basis denies them.

**Paragraph 53**

Plaintiffs lack knowledge or information sufficient to form a belief of the truth of the allegation, and on that basis denies them.

**Paragraph 54**

Plaintiffs lack knowledge or information sufficient to form a belief of the truth of the allegation, and on that basis denies them, except that Plaintiffs admit that its property lies to the south of Defendant's property.

**Paragraph 55**

Plaintiffs lack knowledge or information sufficient to form a belief of the truth of the allegation, and on that basis denies them.

**Paragraph 56**

Plaintiffs lack knowledge or information sufficient to form a belief of the truth of the allegation, and on that basis denies them.

**Paragraph 57**

This paragraph contains legal conclusions as to which no response is required, and the recorded property lines speak for themselves.

**Paragraph 58**

Plaintiffs lack knowledge or information sufficient to form a belief of the truth of the allegation insofar as the specific "land" referenced is ambiguous. To the extent this paragraph contains factual allegations, Plaintiffs deny them.

**Paragraph 59**

The property lines speak for themselves, and to the extent this paragraph contains factual allegations Plaintiffs deny the truth of the allegations.

**Paragraph 60**

Plaintiffs admit the truth of the allegations insofar as Somers' property is south of Defendant's property.

**Paragraph 61**

This paragraph contains legal conclusions as to which no response is required. To the extent the allegation differs to legal property records, Plaintiffs deny truth of allegation set forth this paragraph and the property records speak for themselves.

**Paragraph 62**

Plaintiffs lack knowledge or information sufficient to form a belief of the truth of the allegations in this paragraph insofar as Plaintiffs do not know what Defendant alleges are the "lands which are the subject of this action" and on that basis denies the allegations.

**Paragraph 63**

Plaintiffs deny truth of allegations in this paragraph to the extent it includes allegations beyond legal conclusions, as to which no response is required.

**Paragraph 64**

Plaintiffs deny the truth of the allegations in this paragraph to the extent it includes allegations beyond legal conclusions, as to which no response is required.

**Paragraph 65**

Plaintiffs deny the truth of the allegations in this paragraph to the extent it includes allegations beyond legal conclusions, as to which no response is required.

**Paragraph 66**

Plaintiffs deny the truth of the allegations in this paragraph to the extent it includes allegations beyond legal conclusions, as to which no response is required.

**Paragraph 67**

Plaintiffs lack knowledge or information sufficient to form a belief as to the allegations in this paragraph, and for that reason denies them.

**Paragraph 68**

Plaintiffs admit the truth of the allegation.

**Paragraph 69**

Plaintiffs deny the truth of the allegations in this paragraph to the extent it includes allegations beyond legal conclusions, as to which no response is required.

**Paragraph 70**

Plaintiffs respond to the allegations set forth in paragraphs "49" through "62" in the same way as established above.

**Paragraph 71**

This paragraph contains legal conclusions as to which no response is required. To the extent this paragraph includes factual allegations, Plaintiffs deny the truth of the allegations.

**Paragraph 72**

This paragraph contains legal conclusions as to which no response is required. To the extent this paragraph includes factual allegations, Plaintiffs deny the truth of the allegations.

**Paragraph 73**

Plaintiffs respond to allegations set forth in paragraphs "49" through "62" in the same way as established above.

**Paragraph 74**

This paragraph contains legal conclusions as to which no response is required. To the extent this paragraph includes factual allegations, Plaintiffs deny the truth of the allegations.

**Paragraph 75**

Plaintiffs deny the truth of the allegation.

**Paragraph 76**

Plaintiffs lack knowledge or information sufficient to form a belief of the truth of the allegation, and on that basis denies them.

**Paragraph 77**

This paragraph contains legal conclusions as to which no response is required. To the extent this paragraph includes factual allegations, Plaintiffs deny the truth of the allegations.

**Paragraph 78**

This paragraph contains legal conclusions as to which no response is required. To the extent this paragraph includes factual allegations, Plaintiffs deny the truth of the allegations.

**Paragraph 79**

This paragraph contains legal conclusions as to which no response is required. To the extent this paragraph includes factual allegations, Plaintiffs deny the truth of the allegations.

**Paragraph 80**

Plaintiffs deny the truth of the allegation.

**Paragraph 81**

This paragraph contains legal conclusions as to which no response is required. To the extent this paragraph includes factual allegations, Plaintiffs deny the truth of the allegations.

**Paragraph 82**

Plaintiffs admits the truth of the allegation.

**Paragraph 84**

This paragraph contains legal conclusions as to which no response is required. To the extent this paragraph includes factual allegations, Plaintiffs deny the truth of the allegations.

DATED:	March 6, 2026	Respectfully submitted,

s/Todd D. Ommen (TO-1340)
Todd Ommen, Esq.
Pace Environmental Litigation Clinic
Elisabeth Haub School of Law
78 N. Broadway
White Plains, NY 10603
(914) 422-4343
tommen@law.pace.edu
*Attorneys for Plaintiffs*
