# PACE ENVIRONMENTAL LITIGATION CLINIC

JOHN JAY LEGAL SERVICES, INC.

ELISABETH HAUB SCHOOL OF LAW

78 NORTH BROADWAY

WHITE PLAINS, NEW YORK 10603

PHONE: 914.422.4343
FAX: 914.422.4437

| OF COUNSEL | SUPERVISING ATTORNEY | ADMINISTRATOR |
|---|---|---|
| KARL S. COPLAN | TODD D. OMMEN | JENNIFER RUHLE |

**Via: ECF**                                                            June 12, 2026

The Honorable Chief Magistrate Judge Judith C. McCarthy
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: Joint Status Letter for Somers Land Trust, Inc. v. Willow Wood Country Club (Case Number: 7:25-cv-9879)

We write on behalf of Plaintiffs in the above matter in response to Your Honor's request for an update letter on settlement. Defendant joins in this letter. On June 9, 2026, Plaintiffs Somers Land Trust and Riverkeeper, Inc. ("Plaintiffs") and Defendant Willow Wood Country Club ("Willow Wood"), and their attorneys met to discuss the potential for settlement. At this time, settlement discussions are still ongoing due to the need for more information regarding the Willow Wood's future reclamation efforts, which include measures to reclaim lead and protect from future impacts to the relevant waters. Willow Wood expects that information in the next month to two months.

To afford both parties the opportunity to discuss the possibility of settlement and to grant the parties time to complete paper discover, the parties have agreed to reschedule the depositions scheduled by the Defense for July 18th, 2026 and July 19th, 2026. Nonetheless, paper discovery will continue, and the parties do not at this time seek any adjustments to the current schedule.

Sincerely,

Todd D. Ommen
Attorney for the Plaintiffs