# GEORGE J. CALCAGNINI
### ATTORNEY AT LAW
(914) 277-2255
(914) 424-1915
(828) 435-3068

100 South Bedford Road
Suite 337
Mount Kisco, NY  10549
Admitted in NY & NC

100 E Chadwick Square Court
Hendersonville, NC  28739
GCalcagnin@aol.com

July 26, 2026

Magistrate Judge JudithC. McCarthy
US District Court SDNY
300 Quaropas Street
White Plains, NY  10601

Re:  Somers Land Trust, Inc. v. Willow Wood Country Club
Case No. 7:27-cv-09879 NSR-JCM

Dear Magistrate Judge McCarthy:

I am writing to request an extension of time for the defendant in the above mentioned action to serve its responses to the discovery demands and also serve its answers to its interrogatories propounded by the plaintiff, Somers Land Trust.  The said responses are due on June 30, 2026.  There are reason for the requested adjournment.  Those reasons are as follows:

1. The parties are engaged in settlement discussions.  As part of those discussions the plaintiffs have requested a site plan to show exactly what is being proposed to:
   a.  reclaim the lead shot at the defendant's trap and five stand fields,
   b. exactly where the earthen berm, trough and shot curtain will be constructed to prevent shot from entering the wetlands in the future;
   c. the technical details of the berm, trough and shot curtain;
   d. details of how the wetlands will be temporarily de-watered during the reclamation and construction process, including temporary dams and pipes.
   I have been working with the engineers and wetlands expert to get the necessary site plan prepared.
2. I have been preparing for a trial in Supreme Court, Westchester County, that starts on Monday July 29, 2026, which will likely take 4 or 5 days.  The name of that case is Stern v. Chapin, Index No. 56519-2024.

Magistrate Judge JudithC. McCarthy
June 26, 2026
Page 2

3. On June 21, 2026 my wife had to be taken from our home in North Carolina and was hospitalized while I was up in New York working. Having to deal with the issues of my wife's hospitalization and making arrangements for the care of our dog while I am 800 miles away seriously impaired my ability to get work done.

Based on the foregoing, I respectfully request a 3 week extension to get the defendant's discovery responses served.

Yours truly,

GEORGE J. CALCAGNINI

Via e-filing only

cc:  Todd Omen, Esq.
     Ms. Birgitta Cockburn
     Drew Gamils, Esq.
     Via e-filing only