# PACE ENVIRONMENTAL LITIGATION CLINIC

JOHN JAY LEGAL SERVICES, INC.

ELISABETH HAUB SCHOOL OF LAW

78 NORTH BROADWAY

WHITE PLAINS, NEW YORK 10603

PHONE: 914.422.4343

FAX: 914.422.4437

| OF COUNSEL | SUPERVISING ATTORNEY | ADMINISTRATOR |
|---|---|---|
| KARL S. COPLAN | TODD D. OMMEN | JENNIFER RUHLE |

June 29, 2026

**Via: ECF**
The Honorable Chief Magistrate Judge Judith C. McCarthy
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    Defendant's Request for Extension; *Somers Land Trust, Inc., et al v. Willow Wood Country Club* **(**Case Number: 7:25-cv-9879)

Your Honor:

We write on behalf of Plaintiffs Somers Land Trust and Riverkeeper, Inc. ("Plaintiffs") in response to Defendant's letter of June 26, 2026, requesting an extension of the deadline to serve its responses to Plaintiffs' discovery demands. Plaintiffs have no objection to the extension but, for context, want to provide the court with an update on discovery and respectfully request a corresponding extension of the deadline to serve Plaintiff's interrogatories, which is currently June 30, 2026.

Defendant served its discovery requests on Plaintiffs on February 13, 2026, which Plaintiffs responded to on March 16, 2026. Plaintiffs made several rounds of productions, with the final documents being produced on April 20, 2026. Plaintiffs believe they have completed their production of documents. Plaintiffs served their discovery requests on Defendant on March 27, 2026 and Defendant timely responded on April 6, 2026. To date, however, Plaintiffs have received no documents. Because Plaintiffs believe review of Defendant's documents is

necessary to draft useful and complete interrogatories, Plaintiffs have not yet served interrogatories.

For these reasons, should the Court grant Defendant's request, which Plaintiffs consent to, then Plaintiffs respectfully request an extension of the date to serve interrogatories to one week after Defendant has completed its production of documents. Based on the proposed timing, with a one-week extension and assuming Defendant timely produces on that deadline, the deadline to serve interrogatories would be August 6, 2026, with responses due thirty (30) days thereafter.

If the Court has any additional questions or needs additional information, Plaintiffs are available for a conference at the Court's convenience or can provide an additional letter at the Court's request.

Respectfully submitted,

Todd D. Ommen
Attorney for the Plaintiffs