# GEORGE J. CALCAGNINI
### ATTORNEY AT LAW
(914) 277-2255
(914) 424-1915
(828) 435-3068

100 South Bedford Road
Suite 337
Mount Kisco, NY  10549
Admitted in NY & NC

100 E Chadwick Square Court
Hendersonville, NC  28739
GCalcagnin@aol.com

July 30, 2026

Magistrate Judge JudithC. McCarthy
US District Court SDNY
300 Quaropas Street
White Plains, NY  10601

Re:  Somers Land Trust, Inc. v. Willow Wood Country Club
Case No. 7:27-cv-09879 NSR-JCM

Dear Magistrate Judge McCarthy:

Please be advised that on behalf of the defendant, Willow Wood Country Club, I consent to the plaintiffs' request for an extension of time for them to serve and for defendant to respond to plaintiffs' interrogatories.

Yours truly,

GEORGE J. CALCAGNINI

Via e-filing only

cc:  Todd Omen, Esq.
Ms. Birgitta Cockburn
Drew Gamils, Esq.
Via e-filing only