# PACE ENVIRONMENTAL LITIGATION CLINIC

JOHN JAY LEGAL SERVICES, INC.

ELISABETH HAUB SCHOOL OF LAW

78 NORTH BROADWAY

WHITE PLAINS, NEW YORK 10603

PHONE: 914.422.4343
FAX: 914.422.4437

| OF COUNSEL | SUPERVISING ATTORNEY | ADMINISTRATOR |
|---|---|---|
| KARL S. COPLAN | TODD D. OMMEN | JENNIFER RUHLE |

August 7, 2026

**Via: ECF**
The Honorable District Court Judge Nelson S. Roman
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:    Request for Adjournment of Case Management Conference in Somers Land Trust, Inc. v. Willow Wood Country Club (Case Number: 7:25-cv-9879)

We write on behalf of Plaintiffs in the above matter to request an adjournment of the Case Management Conference scheduled for December 12, 2026, at 10 A.M. Defendant joins in this letter. On June 29, 2026, Plaintiffs Somers Land Trust and Riverkeeper, Inc. ("Plaintiffs") and Defendant Willow Wood Country Club ("Willow Wood"), and their attorneys met with Magistrate Judge Judith McCarthy to discuss how discovery was proceeding. At this meeting, it was decided that all discovery deadlines would be moved 60 days to afford both parties with time to discuss the potential for settlement. As a result, discovery in this matter will not be completed until January 2027.

Magistrate Judge McCarthy suggested that the Parties reach out to Your Honor to request a postponement of the Case Management Conference. To afford both parties the opportunity to discuss the possibility of settlement and to grant the parties time to complete discovery so as to not waste judicial resources, we are seeking to have the Case Management Conference scheduled previously for December 12, 2026, at 10 A.M., until after discovery in this matter is completed. Pursuant to Your Honor's individual rules, the parties suggest potential dates for rescheduling of January 21, January 28, or February 4.

Respectfully Submitted,

Todd D. Ommen
Attorney for the Plaintiffs