GEORGE J. CALCAGNINI
ATTORNEY AT LAW
(914) 277-2255
(914) 424-1915
(828) 435-3068

100 South Bedford Road
Suite 337
Mount Kisco, NY 10549
Admitted in NY & NC

100 E Chadwick Square Court
Hendersonville, NC 28739
GCalcagnin@aol.com

November 13, 2026

Magistrate Judge JudithC. McCarthy
US District Court SDNY
300 Quaropas Street
White Plains, NY 10601

Re: Somers Land Trust, Inc. v. Willow Wood Country Club
Case No. 7:25-cv-09879 NSR-JCM

Dear Magistrate Judge McCarthy:

An environmental attorney, Martha Dean, Esq., is assisting me in the defense of the above mentioned action. She is not admitted in the Southern District of New York. I would, however, ask permission to have her sit in and be present during our court conferences, whether remotely by Teams, phone or in person. The request is for Ms. Dean to simply listen and observe, but not make any comments or statements to the Court.

We have a status conference coming up with you on Monday, November 16, 2026 at 10:00 a.m. Please advise if Ms. Dean will be permitted to phone in to that status conference.

Yours truly,

GEORGE J. CALCAGNINI

Via e-filing only

cc: Todd Omen, Esq.
Mr. Nicholas Mammel
Drew Gamils, Esq.
Via e-filing only