# PACE ENVIRONMENTAL LITIGATION CLINIC

JOHN JAY LEGAL SERVICES, INC.
ELISABETH HAUB SCHOOL OF LAW
78 NORTH BROADWAY
WHITE PLAINS, NEW YORK 10603
PHONE: 914.422.4343
FAX: 914.422.4437

| DIRECTOR | OF COUNSEL | ADMINISTRATOR |
|---|---|---|
| TODD D. OMMEN | KARL S. COPLAN | JENNIFER RUHLE |


MEMO ENDORSED

November 10, 2026

**VIA: ECF**
The Honorable District Court Judge Nelson S. Roman
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: Request for Adjournement of Case Management Conference in Somers Land Trust, Inc. v. Willow Wood Country Club (Case Number: 7:25-cv-9879

We write on behalf of Plaintiffs in the above matter to request an adjournment of the Case Management Conference scheduled for February 4, 2027, at 11 A.M. Defendant joins in this letter. On September 22, 2026, Plaintiffs Somers Land Trust and Riverkeeper, Inc. ("Plaintiffs") and Defendant Willow Wood Country Club ("Willow Wood"), and their attorneys met with Magistrate Judge Judith McCarthy to discuss how discovery was proceeding. At this meeting, it was decided that all discovery deadlines would be moved thirty (30) days to afford both parties with time to discuss the potential for settlement. As a result, discovery in this matter will not be completed until February 2027.

Magistrate Judge McCarthy suggested that the Parties reach out to Your Honor to request a postponement of the Case Management Conference. To afford both parties the opportunity to discuss the possibility of settlement and to grant the parties time to complete discovery as to not waste judicial resources, we are seeking to have the Case Management Conference scheduled previously for February 4, 2027, at 11 A.M. adjourned until after discovery in this matter is completed. Potential dates for rescheduling, as agreed upon by both parties, are March 3, 5, 10, and 12 from 10 A.M. to noon.

Respectfully Submitted,

Todd D. Ommen
Attorney for the Plaintiffs

**The Court is available March 19, at 11AM, March 22, at 11AM or March 24 at 11AM.**

**Please confer and let the Court know which date works for both parties.**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**Dated: November 13, 2026**
**White Plains, NY**