**GEORGE J. CALCAGNINI**
ATTORNEY AT LAW
(914) 277-2255
(914) 424-1915
(828) 435-3068

100 South Bedford Road
Suite 340
Mount Kisco, NY 10549
Admitted in NY & NC

100 E Chadwick Square Court
Hendersonville, NC 28739
GCalcagnin@aol.com

November 16, 2026

Hon. Nelson S. Roman
U.S. District Court Judge
300 Quaropas Street
White Plains, N.Y. 10601

Re: Somers Land Trust, Inc. v. Willow Wood Country Club
Docket No. 7:25cv9879

Dear Judge Roman:

As instructed by you in the Memo Endorsement filed on the Docket Sheet as Document No. 34, I did confer with the attorneys for the plaintiffs during a conference today with Magistrate McCarthy. All counsel indicated that they are available for a conference before you on March 22 or 24, 2026 at 11:00 a.m. Kindly schedule the conference for one of those dates.

An environmental attorney, Martha Dean, Esq., is assisting me in the defense of the above mentioned action. She is not admitted in the Southern District of New York. I would, however, ask permission to have her sit in and be present during our court appearances, whether remotely by Teams, phone or in person. The request is for Ms. Dean to simply listen and observe, but not make any comments or statements to the Court. Please advise if this request will be granted.

Yours truly,

GEORGE J. CALCAGNINI

Via e-filing only

cc: Todd D. Omen, Esq.
Drew Gamils, Esq.
Nicholas Mammel
Martha Dean, Esq.
Via e-filing only